

FILED

Oct 16 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ Stevem   DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 18-cr-02398-BTM |
| Plaintiff, | ORDER |
| V. | |
| EDUARDO HERNANDEZ-GUTIERREZ, | |
| Defendant. | |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count(s) 1 of the Information .

Dated: ~~September~~ October 12, 2018

Barry Ted Moskowitz
United States District Judge